No. 78–756. OHIO *v.* ROBERTS. Sup. Ct. Ohio. [Certiorari granted, 441 U. S. 904.] Motion of Ohio Public Defenders Association for leave to file a brief as *amicus curiae* granted.

No. 78–857. NATIONAL LABOR RELATIONS BOARD *v.* YESHIVA UNIVERSITY; and
No. 78–997. YESHIVA UNIVERSITY FACULTY ASSN. *v.* YESHIVA UNIVERSITY. C. A. 2d Cir. [Certiorari granted, 440 U. S. 906.] Motion of Trustees of Boston University for leave to file a brief as *amicus curiae* denied.

No. 78–959. PERRIN *v.* UNITED STATES. C. A. 5th Cir. [Certiorari granted, 440 U. S. 956.] Motion of petitioner for leave to file a supplemental brief, after argument, granted.

No. 78–1268. MARTINEZ ET AL. *v.* CALIFORNIA ET AL. Ct. App. Cal., 4th App. Dist. [Probable jurisdiction noted, 441 U. S. 960.] Motion of the County of Alameda, Cal., for leave to file a brief as *amicus curiae* denied.

No. 78–1327. BOEING Co. *v.* VAN GEMERT ET AL. C. A. 2d Cir. [Certiorari granted, 441 U. S. 942.] Motions to designate counsel to argue on behalf of all respondents, or, in the alternative, to permit divided argument denied.

No. 78–1522. ANDRUS, SECRETARY OF THE INTERIOR *v.* UTAH. C. A. 10th Cir. [Certiorari granted, 442 U. S. 928.] Motion of Ute Indian Tribe of the Uintah and Ouray Reservation for leave to intervene denied and alternative motion for leave to file a brief as *amicus curiae* granted.

No. 78–1588. VANCE ET AL. *v.* UNIVERSAL AMUSEMENT Co., INC., ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 442 U. S. 928.] Motion of Charles H. Keating, Jr., for leave to file a brief as *amicus curiae* granted.

No. 79–555. DONNELL ET AL. *v.* UNITED STATES ET AL. Appeal from D. C. D. C. Motion of appellants to expedite consideration of the appeal denied.